**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **ZIRRETTA, CHARLES**<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY and ARIZANT HEALTHCARE, INC., *et al.*,**<br><br>Defendants. | **No. 25-CV-1681**<br><br>**District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

PLEASE TAKE NOTICE THAT on November 14, 2025 at 2:00 p.m., before the Honorable David T. Schultz, United States District Court, 9W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Plaintiff Charles Zirretta will respectfully move the Court to allow Plaintiff to amend his complaint in the above titled action.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Cliff Walston*
Cliff Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on October 29, 2025, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Cliff Walston*
Cliff Walston