**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Cook*, 17-cv-1115<br>*Zirretta*, 25-cv-1681<br>*Ramirez*, 17-cv-4976<br>*Patton*, 25-cv-1520 | **DEFENDANTS' SUPPLEMENTAL NOTICE OF AUTHORITY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

At the December 2, 2025 Hearing on Defendants' Motion for Judgment on the Pleadings (MDL Dkt. No. 3102), Plaintiffs' counsel suggested the Court could not act on the motions before it, emphasizing that he could not locate "a single case anywhere in the country in which the court ruled on a discovery rule issue at the motion for judgment on the pleadings stage." *See, e.g.*, Tr. Oral Arguments Motion Hearing, at 23, 31 (December 2, 2025), Exhibit A.

Defendants submit this supplemental authority on that precise point: **multiple courts have entered judgment pursuant to Rule 12(b) and (c) on time-barred cases such as the ones before it, including cases decided under Texas law**. Defendants hereby submit these cases to the Court's attention as supplemental authorities in support of Defendants' Motion for Judgment on the Pleadings (MDL Dkt. No. 3102):

- *Simon v. Roche Diagnostics Corp.*, Civil Action No. 4:20-CV-3625, 2020 WL 9457065 (S.D. Tex. December 4, 2020) (granting a 12(b)(6) motion based on statute of limitations and finding the discovery rule did not apply), *aff'd*, 851 F. App'x 533 (5th Cir. 2021).

- *Mitts v. Sikorsky Aircraft Corp.*, Civil Action No. H-10-5164, 2013 WL 12138546 (S.D. Tex. Mar. 5, 2013) (granting a 12(c) motion based on statute of limitations and expressly declining to apply the discovery rule).

- *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Prod.*, Case No. 1:14-ml-02570-RLY-TAB, Entry on the Cook Defendants' Motion for Judgment in Plaintiffs' Case Pursuant to CMO-28 (Dkt. No. 24162) (S.D. Ind. May 19, 2023) (applying Texas law and granting a 12(c) motion based on statute of limitations), Exhibit B.

- *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Prod.*, Case No. 1:14-ml-02570-RLY-TAB, Entry on Defendants' Motion for Judgment in Plaintiffs' Case Pursuant to CMO-28 (Dkt. No. 24055) (S.D. Ind. April 25, 2023) (applying Texas law and granting a 12(c) motion based on statute of limitations), Exhibit C.

- *In Re: Cook Medical, Inc., IVC Filters Marketing, Sales Practices and Prod.*, Case No. 1:14-ml-02570-RLY-TAB, Entry on Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 (Dkt. No. 21814) (S.D. Ind. April 11, 2022) (applying Texas law and granting a 12(c) motion based on statute of limitations), Exhibit D.

Respectfully submitted,

Date: December 12, 2025

*s/John P. Mandler*

John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***