**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*Cook*, 17-cv-1115<br>*Zirretta*, 25-cv-1681<br>*Ramirez*, 17-cv-4976<br>*Patton*, 25-cv-1520 | **DECLARATION OF JOHN P. MANDLER IN SUPPORT OF SUPPLEMENTAL NOTICE OF AUTHORITY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS** |

I, John P. Mandler, an attorney admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney in the firm of Faegre Drinker Biddle & Reath LLP and counsel for 3M Company and Arizant Healthcare Inc. ("Defendants") in the above-captioned matter.

2. I make this Declaration in support of Defendants' Notice of Supplemental Authority in support of Defendants' Motion for Judgment on the Pleadings. The following facts are within my personal knowledge, and if called, I would testify as follows.

3. Attached hereto as Exhibit A is a true and correct copy of the Transcript for the Motion Hearing on Plaintiff's Motion for Leave to Amend

Complaint dated December 2, 2025, in the matter of *Christopher Cook v. 3M Company and Arizant Healthcare Inc.*, MDL No. 15-2666, Case No. 17-cv-1115.

4. Attached hereto as Exhibit B is a true and correct copy of the Entry on the Cook Defendants' Motion for Judgment in Plaintiffs' Case Pursuant to CMO-28 dated May 19, 2023, filed in the matter of *In re Cook Medical, Inc., IVC Filters Mktg., Sales Pracs. and Prods. Liab. Litig.*, No. 1:14-ML-2570-RLY-TAB, Dkt. 24162 (S.D. Ind. May 19, 2023).

5. Attached hereto as Exhibit C is a true and correct copy of Entry on Defendants' Motion for Judgment in Plaintiffs' Case Pursuant to CMO-28 dated April 25, 2023, filed in the matter of *In re Cook Medical, Inc., IVC Filters Mktg., Sales Pracs. and Prods. Liab. Litig.*, No. 1:14-ML-2570-RLY-TAB, Dkt. 24055 (S.D. Ind. April 25, 2023).

6. Attached hereto as Exhibit D is a true and correct copy of the Entry on Defendants' Motion for Judgment in Plaintiff's Case Pursuant to CMO-28 dated April 11, 2022, filed in the matter of *In re Cook Medical, Inc., IVC Filters Mktg., Sales Pracs. and Prods. Liab. Litig.*, No. 1:14-ML-2570-RLY-TAB, Dkt. 21814 (S.D. Ind. April 11, 2022).

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Date: December 12, 2025

*s/John P. Mandler*

John P. Mandler (#0194438)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***