**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:

**NOTICE OF APPEAL**

Charles Zirretta v. 3M Company and Arizant Healthcare, Inc.
(Case No. 25-cv-1681)

---

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following parties:

Plaintiff Charles Zirretta in the above-named case appeal to the United States Court of Appeals for the Eighth Circuit.

The above-named party appeals from the Order of the U.S. District Court for the District of Minnesota that was entered on September 11, 2026, and the Order [Docket No. 3694]. The Order adopted the Magistrate Judge's August 6, 2026 Order & Report and Recommendation [Docket No. 3573], overruled Plaintiffs' objections, denied Plaintiff's motions for leave to amend, and granted Defendants' Motion for Judgment on the Pleadings [Docket No. 3102]. Case Nos. 25-cv-1681 was dismissed with prejudice. Plaintiff appeals from the Order in its entirety.

The above-named Plaintiff also appeals from the following Orders [Docket No. 2313], [Docket No. 2304], [Docket No. 2300] related to Plaintiffs' Motion to Disqualify [Docket No. 2273]; and Motion to Reassign Motion to Disqualify [Docket No. 2285].

Dated: October 12, 2026

Respectfully submitted,

*/s/ Clifford Walston*

Clifford Walston

**Walston, PC**
4411 San Felipe Street
Suite 600
Houston, TX 77027
cliff@walstonlegal.com
(713) 300-9600

Attorneys for Plaintiffs-Appellants

## CERTIFICATE OF SERVICE

I, Clifford Walston, hereby certify that on October 12, 2026, I have electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Clifford Walston*
Clifford Walston